**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHIPCO TRANSPORT, INC.,

                       Plaintiff,

    -against-                                  22 **CIVIL** 3577 (LLS)

                                                          **<u>JUDGMENT</u>**

THE ROLL ON ROLL OFF COMPANY, LLC,
d/b/a THE RORO COMPANY,

                       Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 27, 2023, RORO's motion to dismiss the Complaint for lack of personal jurisdiction (Dkt. No. 9) is granted without prejudice, to allow Shipco to file suit in a court of competent jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

      July 28, 2023

                                                           **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                            **BY:**

                                                           **Deputy Clerk**